# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACK GURIAN, | ) |
| Plaintiff, | ) Case No. 2:17-cv-00653-JCM-CWH |
| vs. | ) **ORDER** |
| ATRIA MANAGEMENT COMPANY, LLC, | ) |
| Defendant. | ) |

This matter is before the court on Plaintiff and Defendant Atria Management Company, LLC's failure to comply with the court's order (ECF No. 48) dated September 29, 2017. Those parties notified the court that they had reached a settlement, and the court entered an order requiring them to file a stipulated dismissal or a joint status report by November 27, 2017. (Min. Order (ECF No. 48).) To date, Plaintiff and Defendant Atria have not filed a stipulated dismissal or submitted a joint status report. Plaintiff and Defendant Atria must file a stipulated dismissal or submit a joint status report via facsimile to 702-464-5581 by December 18, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: December 4, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**